UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 2011-CV-24194-KMM

ENRIQUE JULIAN, ASDRUBAL FALCON, )
and all others similarly situated under )
29 U.S.C. § 216B )
)
    Plaintiffs, )
)
v. )
)
SOUTHERN PARKING, INC. and )
WILLIAM KENT, )
)
    Defendants. )
_____/ )

## DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

Defendants, SOUTHERN PARKING, INC. and WILLIAM KENT, by and through the undersigned counsel, hereby file this Answer to Plaintiffs' Complaint, and in support thereof state the following:

1. Defendants admit that the Complaint purports to bring claims under the Fair Labor Standards Act, 29 U.S.C. §201, *et seq.*

2. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2.

3. Paragraph 3 is admitted.

4. Paragraph 4 is admitted in part and denied in part. Defendants admit that the individual defendant, William Kent, is a corporate officer and owner of the defendant corporation, Southern Parking, Inc., and that William Kent was Plaintiffs' employer as defined by 29 U.S.C. §203(d). Defendants deny, however, that William Kent was personally

1

    responsible for paying Plaintiffs' wages *in full* for the relevant time period, as William Kent did not have direct control over the management and disbursement of the relevant tip pool for any given shift during which Plaintiffs worked.

5. Paragraph 5 is admitted.

### COUNT 1- FEDERAL MINIMUM WAGE AND OVERTIME VIOLATIONS

6. Paragraph 6 is denied, and strict proof is demanded thereof. Defendants have consistently paid all of their employees in accordance with the minimum wage and overtime wage requirements set forth in 29 U.S.C. §201 *et seq.*

7. Paragraph 7 is admitted.

8. Paragraph 8 is admitted.

9. Paragraph 9 is admitted.

10. Paragraph 10 is admitted.

11. Paragraph 11 is admitted.

12. Paragraph 12 is admitted.

13. Paragraph 13 is admitted.

14. Paragraph 14 is admitted.

15. Paragraph 15 is admitted.

16. Paragraph 16 is denied, and strict proof is demanded thereof. Defendants paid Plaintiffs in accordance with the minimum wage requirements set forth in 29 U.S.C. § 203(m), as said requirements pertain to tipped employees, for the duration of their employment. 29 U.S.C. § 203(m) allows employers to pay tipped employees a direct wage of at least $2.13/hour, as long as the additional amount of tips earned by said employees fulfills the $7.25/hour minimum wage. The employer is then allowed to take a tip-credit for said

employees. Defendants paid Plaintiffs a direct wage of $5.00/hour (on average), and the additional tips received by Plaintiffs amounted to at least $7.25/hour.

17. Paragraph 17 is denied, and strict proof is demanded thereof. As their earnings statements and pay stubs demonstrate, Plaintiffs were paid time-and-a-half of their regular rate of pay for all overtime hours worked, earning $6-$7.50/hour for said overtime. Again, this is in accordance with the requirements set forth under 29 U.S.C. § 203(m), as said requirements pertain to tipped employees.

18. Paragraph 18 is denied, and strict proof is demanded thereof. The FLSA tip-credit does apply, as Defendants met all requirements of the FLSA tip-credit. Defendants did not share in any of the tips received by customers, and these tips were retained by and distributed solely to the employees on any given shift, including Plaintiffs.

19. Paragraph 19 is denied and strict proof is demanded thereof. Defendants did pay Plaintiffs in accordance with the minimum wage requirements as they pertain to tipped employees, for the entire duration of their employment.

**Respectfully Submitted this 23 day of March, 2012,**

**s/John Herrera**
John Herrera, Esq. (0636320)
john@johnherreralaw.com
John Herrera, P.A.
1801 Ponce de Leon Blvd.
Coral Gables, FL 33134
Telephone: (305)446-1504
Facsimile: (305)446-1505
Attorney for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by e-mail on March 23, 2012 on all counsel or parties of record listed below.

                **s/John Herrera, Esq.**

**J.H. ZIDELL, ESQ. (0010121)**
zabogado@aol.com
J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, FL 33141
Telephone:  (305)865-6766
Facsimile:  (305)865-7167
Attorney for Plaintiffs